UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 17-8829-MWF(SSx)**                           Dated: **February 21, 2018**

Title:    New York Life Insurance Company -*v*- Leonard Labinger, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

In light of the Notice of Settlement [8] filed February 16, 2018, the Court sets a hearing on Order To Show Cause Re Dismissal for March 26, 2018 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other dates are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                    Initials of Deputy Clerk __rs__
CIVIL - GEN

-1-